UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :

        - v. -                         :

ROMANA LEYVA and                        :
ARIFUL HAQUE,
                                   :
               Defendants.
                                   :

- - - - - - - - - - - - - - - - - -x

ORDER

S1 19 Cr. 667

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Michael D. Neff;

        It is found that the Indictment in the above-captioned action, S1 19 Cr. 667, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

        ORDERED that the Indictment, S1 19 Cr. 667, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
            September 18, 2019

_____
THE HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK