
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-26-19

# DAVID K. BERTAN
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

November 25, 2019

11/26/2019

**Via ECF**

Hon. Paul A. Crotty, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    USA v. Leyva
           Docket No. 19-Cr-667 (PAC)

*The matter will be adjourned to January 16, 2020 at 4:45 PM*

*Time will be excluded*

*Paul A Crotty*

Dear Judge Crotty:

    I am writing to request an adjournment of the next status conference in this matter, currently scheduled for Wednesday, December 4, 2019 at 2:15 PM. The defense has recently received a large amount of discovery, which needs to be reviewed before we can decide what, if any motions need to be filed. I have consulted with co-counsel, who joins in this request. The Government has no objection. I am therefor requesting a new conference date, sometime in late January or early February of 2020. Thank you for your consideration in this matter.

                        Very truly yours,
                        -S-
                        David K. Bertan

DKB
cc: AUSA Michael Neff (via ECF)