UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                  **ORDER**

      -against-                                  19-Cr-667 (PAC)

**ROMANA LEYVA,**
                **Defendant.**
-------------------------------------------------------------X

Upon the written application of David K. Bertan, Esq., dated October 16, 2019, and with the consent of Romana Leyva, as represented by Mr. Bertan, it is hereby

ORDERED, that Mr. Bertan is granted leave to delegate substantive tasks in connection with his representation of Ms. Leyva in the above-captioned case to Jacqueline Cistaro, Esq., pursuant to Rule VIII (A) of the Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act (2005) and the Criminal Justice Act Mentoring Program of the Southern District of New York, *nunc pro tunc* to the date of Ms. Cistaro's first involvement with this matter on October 16, 2019.

As per the Criminal Justice Act Mentoring Program, Ms. Cistaro may bill her time on the case at a rate of $65 per hour, after completing 15 hours of *pro bono* work on the case.

DATED:    New York, New York
                January 6, 2020

                                      So Ordered:

                                                          Hon. Paul A. Crotty
                                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-6-2020