

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 16, 2020

**BY ECF AND EMAIL**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

Re: *United States v. Romana Leyva*, S1 19 Cr. 667 (PAC)

Dear Judge Crotty:

At this afternoon's conference in the above-captioned case, the parties jointly requested two modifications to defendant Romana Leyva's bail conditions: (1) increasing the amount of her unsecured bond from $150,000 to $250,000, and (2) adding a condition of mental health evaluation/treatment, as directed by U.S. Pretrial Services.[1] Your Honor directed the Government to submit a letter reflecting these two modifications. Accordingly, the Government respectfully requests, with the consent of the defense, that Your Honor so-Order this letter, reflecting the two bail modifications enumerated above. The parties will work with the appropriate entities in the court system to effect these changes.

Handwritten annotation: 1/17/2020 — Bail conditions are modified, as indicated (✓). *So Ordered.* /s/ Paul Crotty USDJ

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/ Michael D. Neff
Michael D. Neff
Assistant United States Attorney
(212) 637-2107

cc: David K. Bertan, Esq. (via email and ECF)
Jacqueline E. Cistaro, Esq. (via email and ECF)

---

[1] Following today's conference, a U.S. Pretrial Services Officer informed the Government that this wording—mental health evaluation/treatment, as directed by U.S. Pretrial Services—was preferable to the shorthand the Government used in court today, which referred to counseling.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-17-2020