# DAVID K. BERTAN
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

February 13, 2020

2/14/2020
A status conference will be held on March 31, 2020, at 11:15 AM. Time is excluded through March 31, 2020. SO ORDERED.

*Paul A. Crotty*

**Via ECF**

Hon. Paul A. Crotty, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    USA v. Romana Leyva
             19-Cr-667 (PAC)

Dear Judge Crotty:

    I represent Ms. Leyva in the above matter. We have a status conference set for March 24, 2020. I will be traveling at that time, and am respectfully requesting that the matter be adjourned to a date after March 27. We are available on March 31, April 1 and April 2, 2010. In the event those dates are not convenient for the court, please note counsel will be unavailable on April 9 and April 10. I have consulted with both the Government and counsel for the co-defendant; all counsel consent to this request. Mr. Brill and I consent to an exclusion of time until the next conference date.

    No previous request has been made regarding this adjournment.

    Thank you for your consideration.

                        Very truly yours,
                        -S-
                        David K. Bertan

DKB
cc: AUSA Matthew Hellman (via ECF)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 2-14-2020*