

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2020

**BY ECF AND EMAIL**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

> 7/27/2020
> The July 27 conference is adjourned to September 9, 2020 at 11:30 AM. Time is excluded through September 9, 2020 to allow the parties to continue to engage in a pretrial disposition. SO ORDERED.
>
> *Paul A. Crotty*

Re:   *United States v. Romana Leyva and Ariful Haque*,
        S1 19 Cr. 667 (PAC)

Dear Judge Crotty:

     As the Court is aware, a status conference in the above-captioned case is currently scheduled for today at 3:00 p.m.  The parties jointly and respectfully request (1) an approximately six-week adjournment of today's conference, and (2) a corresponding exclusion of time under the Speedy Trial Act between today and the next court appearance.  This exclusion of time will permit the defense to continue to review discovery (including some recently produced additional discovery), and will permit the parties to engage in continued negotiations about potential dispositions of this case.  *See* 18 U.S.C. § 3161(h)(7)(A).  Of course, the parties remain prepared to appear, including by telephone, if the Court would prefer to hold today's conference, as currently scheduled.

                                                      Respectfully submitted,

                                                      AUDREY STRAUSS
                                                      Acting United States Attorney
                                                      Southern District of New York

By:   *Michael D. Neff*
      Michael D. Neff
      Assistant United States Attorney
      (212) 637-2107

cc:  David K. Bertan, Esq. (via email and ECF)
     Peter E. Brill, Esq. (via email and ECF)