# DAVID K. BERTAN
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

May 6, 2021

**Via ECF**

Hon. Paul A. Crotty, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    USA v. Romana Leyva
              19-Cr-667 (PAC)

Dear Judge Crotty:

      Ms. Jacqeline Cistaro and I represent Romana Leyva in the above matter. On January 19, 2020, Ms. Cistaro was appointed to work with me on this case pursuant to the Southern District's Mentor Program. Under that order, Ms. Cistaro was appointed as my protégé, *nunc pro tunc*, to October 16, 2019, and was authorized to bill at $65 per hour after 15 hours of non-billed time.

      I am pleased to inform you that as of January 1, 2021, Ms. Cistaro was appointed to the CJA Panel for the Southern District. Because Ms. Cistaro is now a member of the CJA Panel, I am requesting that Ms. Cistaro be compensated at current CJA rates, effective as of January 1, 2021.

      Thank you for your consideration in this matter.

                                    Very truly yours,

                                    David K. Bertan

DKB
cc: AUSA Michael Neff (via ECF)

*[Handwritten notation: 5/10/2021 — The request is approved. So ordered. Paul Crotty USDJ]*