# DAVID K. BERTAN
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

September 1, 2021

**Via ECF**

Hon. Paul A. Crotty, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    USA v. Romana Leyva
                 19-Cr-667 (PAC)

Dear Judge Crotty:

      Ms. Cistaro and I represent Ms. Leyva in the above matter. Sentencing is currently scheduled for September 15, 2021 at 12:00 PM. We are respectfully requesting an adjournment of sentencing so that we can obtain additional documents for this Court's review prior to sentence. Accordingly, if it is convenient for the court, we are requesting a date either the week of October 25 or November 2, 2021. The Government has no objection to this request.

      No previous request has been made regarding this adjournment. Thank you for your consideration.

                                    Very truly yours,

                                    David K. Bertan

DKB
cc: AUSA Michael Neff (via ECF)

                                    9/7/2021
                                    Sentencing will be adjourned to Tuesday, November 2, 2021 at 3PM. SO ORDERED.

                                    Paul A. Crotty