# DAVID K. BERTAN
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

October 21, 2021

**Via ECF**

Hon. Paul A. Crotty, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> 10/25/2021
>
> The request to adjourn Sentencing
> scheduled for Dec 6, 2021 at 3:30 pm
>
> So ordered
> Paul A Crotty

Re:  USA v. Romana Leyva
     19-Cr-667 (PAC)

Dear Judge Crotty:

Ms. Cistaro[1] and I represent Ms. Leyva in the above matter. Sentencing is currently scheduled for November 2, 2021 at 3:00 PM. We are respectfully requesting an adjournment of sentencing for two reasons. First, Ms. Leyva is still in the process of obtaining materials that are relevant to her sentencing. Second, Ms. Cistaro is currently on trial before Judge Gardephe in the matter of US v. Adamu, 18-Cr-601: that trial is expected to end in early November. Accordingly, if it is convenient for the court, we are requesting a date in early December of 2021. The Government has no objection to this request.

Very truly yours,
David K. Bertan

DKB
cc: AUSA Michael Neff (via ECF)

---

[1] Ms. Cistaro is working with me on this matter pursuant to the Southern District's CJA Mentor Program.