

——— LAW OFFICES OF ———
## JACQUELINE E. CISTARO

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

---

December 1, 2021

**Sent via ECF**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

12/1/2021

*[Handwritten endorsement:] The matter is adjourned to January 17, 2022 at 4 pm.*

*So Ordered*
*Paul A. Crotty*
*USDJ*

*Re: U.S. v. Romana Leyva, 19 Cr 667 (PAC)*

Dear Judge Crotty:

    We represent Romana Leyva in the above-captioned matter. This matter is scheduled for sentencing on December 6, 2021. We write to respectfully request an adjournment of 45 days as both defense counsels' fathers have unexpectedly passed away and we are awaiting mitigation materials to be incorporated in our sentencing submission. The government consents to this request for adjournment.

    Thank you for your time and consideration.

                                        Respectfully submitted,

                                        /S/

                                        Jacqueline E. Cistaro, Esq.
                                        David K. Bertan, Esq.

cc:      All Counsel (*via ECF*)