# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

February 21, 2022

**Via ECF**

Hon. Paul A. Crotty, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    USA v. Romana Leyva
                 19-Cr-667 (PAC)

Dear Judge Crotty:

      I represent Ms. Leyva in the above matter. On January 21, 2022, Ms. Leyva was sentenced to a total of 100 months' incarceration. At the time of sentencing, Ms. Leyva was directed to surrender by March 4, 2022. As the Court is aware, Ms. Leyva has 5 children, and is in the midst of guardianship proceedings to for her children while she is in prison. As the attached exhibit shows, she filed the petition for guardianship with the Nevada District Court, and is now awaiting a court date. Accordingly, I am respectfully requesting an extension of her surrender date to April 4, 2022. The Government has no objection to this request. Thank you for your consideration.

                               Very truly yours,

                               David K. Bertan

DKB
cc: AUSA Michael Neff (via ECF)

2/22/2022
The surrender date is extended to April 4, 2022. SO ORDERED.

*Paul A. Crotty*