# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

March 22, 2022

**Via ECF**

Hon. Paul A. Crotty, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[handwritten annotation: 3/23/22, Extension Granted, So Ordered, Paul A. Crotty USDJ]*

Re:   USA v. Romana Leyva
      19-Cr-667 (PAC)

Dear Judge Crotty:

I represent Ms. Leyva in the above matter. On January 21, 2022, Ms. Leyva was sentenced to a total of 100 months' incarceration. At the time of sentencing, Ms. Leyva was directed to surrender by March 4, 2022. In response to my letter motion of February 21, 2022, this Court extended Ms. Leyva's time to surrender to April 4, 2022, to allow her to complete guardianship proceedings for her five children before she surrenders (ECF nos. 80 and 81). Ms. Leyva has filed the requisite paperwork with the Nevada court, and as shown by the attached letter, has a court date of May 12, 2022 for the guardianship proceeding. Accordingly, I am respectfully requesting an extension of her surrender date to May 15, 2022, to allow her to appear in court. The Government has no objection to this request. Thank you for your consideration.

Very truly yours,

David K. Bertan

DKB
cc: AUSA Michael Neff (via ECF)