```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   19 Cr. 667-1 (PAC)
     -against-                        :   ORDER
                                      :
Romana Leyva                          :
                                      :
          Defendant                   :
                                      :
--------------------------------------X
```

PAUL A. CROTTY, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to allow the GPS monitoring bracelet to be removed by the Pretrial Services Office in the District of Nevada on June 1, 2022, in advance of her surrender scheduled for that same date.

    Dated: New York, New York
           May 24, 2022

SO ORDERED:

_____
PAUL A. CROTTY
United States District Judge