UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-*against*-<br><br>ROMANA LEYVA,<br><br>*Defendant.* | 19 Cr. 667 (PAC)<br><br>**ORDER** |

The Court has received a letter dated June 6, 2022 from the Defendant, Romana Leyva, requesting that new counsel be appointed on her behalf. The Court construes that letter as a motion. The Court has also received letters in response from Leyva's counsel and the Government, dated, respectively, July 18 and July 20, 2022.[1]

Leyva's defense counsel continues to represent her on appeal and has already filed a motion in the Second Circuit to be relieved as counsel. Thus, for the reasons stated in the Government's July 20 letter, Levya's motion is **DENIED** without prejudice as to its renewal in the Second Circuit. Leyva may raise such a request with the Second Circuit or file a letter regarding her counsel's pending request to be relieved.

Dated: New York, New York
      July 25, 2022

SO ORDERED

*/s/ Paul A. Crotty*

HONORABLE PAUL A. CROTTY
United States District Judge

---

[1] Defense counsel and the Government are directed to publicly file these three letters on ECF, but with redactions for any personally sensitive disclosures.

1