UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                - v. –

ROMANA LEYVA

                Defendant.
------------------------------------------------------------X

ORDER

19-CR-00667-01 (PAC)

IT IS HEREBY ORDERED:

    Richard Rosenberg is appointed to represent Romana Leyva as CJA counsel for the purpose of filing a motion, *Nunc Pro Tunc* September 7, 2023. SO ORDERED.

DATE:
September 7, 2023

_____
PAUL A CROTTY
United States District Judge