

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
Thurgood Marshall U.S. Courthouse
New York, New York 10007

> Extension granted as set forth below. Defendant shall file any reply brief no later than June 9, 2025. The Clerk of Court is respectfully directed to mail a copy of this order to Defendant (Reg. No. 55792-048) at FCI Victorville Medium I.
>
> SO ORDERED: 05/08/2025
>
> *[signature]*
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE

Re:   *United States v. Romana Leyva*, 19 Cr. 667 (VSB), 24 Civ. 1931 (VSB)

Dear Judge Broderick:

The Government respectfully submits this letter regarding defendant Romana Leyva's pending *pro se* motion, under 28 U.S.C. § 2255, alleging ineffective assistance of counsel. *See* Dkt. 152 (the "Petition"). The Government has just filed its response to the Petition, including several exhibits. (*See* Dkt. 222). The Government respectfully (and belatedly) requests an extension of time, *nunc pro tunc*, from last week's deadline until today, to file our just-filed response. The additional time was necessary in part to review transcripts that, until recently, had not been prepared or docketed.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *[signature]*
Michael D. Neff
Assistant United States Attorney
(212) 637-2107

cc:   Defendant Romana Leyva (by mail)