UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMANA LEYVA,

                    Petitioner,

      -against-

UNITED STATES OF AMERICA,

                    Respondent.

No. 24-CV-1931 (VSB)

No. 19-CR-667-1 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On March 14, 2024, Petitioner filed a *pro se* motion to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255, alleging ineffective assistance of counsel (the "Motion"). (Cv. Doc. 1; Cr. Doc. 152.[1]) After granting several extension requests, on May 7, 2025, the Government filed a memorandum of law in opposition to the Motion (the "Opposition"). (Cr. Doc. 222). On May 8, 2025, I ordered Ms. Leyva to file any reply in support of her Motion, if any, no later than June 9, 2025. (Cv. Doc. 15; Cr. Doc. 224). On May 9, 2025, the Government filed a supplemental authority letter in further opposition to the Motion (the "Supplemental Authority Letter"). (Cr. Doc. 225).

On December 11, 2025, Ms. Leyva filed a letter stating that she has "not received copies of a response, or any filings from the Court" and requesting that such papers be provided. (Cv. Doc. 16; Cr. Doc. 228.) On December 23, 2025, the Government responded to Ms. Leyva's letter and stated that it "has been unable to verify whether a copy of the Opposition was mailed to Ms. Leyva when it was filed" but that "[i]n an abundance of caution and to ensure that Ms.

---

[1] Filings related to Petitioner's § 2255 motion have been filed on both a civil docket, No. 24-CV-1931, and on the docket for Petitioner's criminal case, No. 19-CR-667-1. Both cases are before me. The designations "Cv." and "Cr." precede the record citations to documents in the civil and criminal cases, respectively.

Leyva has a full record of any filings by the Government that may be relevant to her Motion, as of the date of this letter, the Government has mailed copies of the Opposition, the Supplemental Authority Letter, and this letter to Ms. Leyva at FCI Victorville." (Cr. Doc. 230.)

Accordingly, it is hereby ORDERED that the time for Ms. Leyva to file a reply brief in support of her Motion, if any, is extended *nunc pro tunc* until **January 30, 2026**.

The Clerk of Court is respectfully directed to send copies of this Order, the Government's Opposition, (Cr. Doc. 222), my previous memo endorsement granting Ms. Leyva an extension of time to file a reply, (Cv. Doc. 15; Cr. Doc. 224), the Supplemental Authority Letter, (Cr. Doc. 225), and the Government's December 23, 2025 letter, (Cr. Doc. 230), to *pro se* Plaintiff Romana Leyva, Register No. 55792-048, Victorville Camp FCI Medium I, PO Box 5300, Adelanto, CA 92301.

SO ORDERED.

Dated:    December 30, 2025
          New York, New York

VERNON S. BRODERICK
United States District Judge

2